UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**KENDRA BROWN, individually, and on behalf of all others similarly situated,**

**Plaintiff,**

-against-

**RUSH STREET GAMING, LLC;
CAPITAL REGION GAMING, LLC d/b/a
RIVERS CASINO & RESORT
SCHENECTADY,**

**Defendants.**

**Case No. 1:22-cv-00392-DNH-DJS**

**PLAINTIFF'S UNOPPOSED MOTION TO DIRECT CLASS NOTICE
AND GRANT PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiff Kendra Brown respectfully submits this motion for an order entering preliminary approval of a proposed class action settlement and directing notice of the settlement to the proposed settlement class pursuant to Federal Rule of Civil Procedure 23(e). This motion is not opposed by Defendants Rush Street Gaming, LLC or Capital Region Gaming, LLC.

In support of this Motion, Plaintiff submits the parties' Settlement Agreement and attached exhibits as Exhibit 1[1]; a supporting Memorandum of Law; the Declaration of Alexander T. Ricke (Plaintiff's counsel); and a Proposed Order for the Court's consideration (attached in PDF to the Settlement Agreement as Exhibit B and submitted in Microsoft Word format to the Court's Chambers by email).

---

[1] As noted in the accompanying Memorandum of Law, Defendants have not yet signed the Settlement Agreement. However, based on communications among counsel for the parties, the Settlement Agreement is agreed by the parties. It is simply a matter of collecting signatures by Defendants' representatives. The parties will file a supplemental pleading attaching the executed signature pages in short order. Plaintiff has signed the Settlement Agreement.

Accordingly, Plaintiff respectfully requests that the Court permit the issuance of notice to the class of the proposed settlement (*see* Settlement Agreement attached as Exhibit 1), approve the form and manner of notice to the class (*see* Notice of Settlement, attached to the Settlement Agreement as Exhibit A), appoint Plaintiff's counsel as class counsel, direct the parties to carry out the terms of the Settlement Agreement (including selecting a settlement administrator to administer notice to the class), and schedule a final approval hearing to determine whether the Settlement Agreement should be granted final approval as fair, reasonable, and adequate.

Dated:  August 24, 2022                    Respectfully submitted,

                                           **GETMAN, SWEENEY & DUNN PLLC**
                                           Matt Dunn, Bar Roll No. 513505
                                           260 Fair Street
                                           Kingston, NY 12401
                                           Telephone:    (845) 255-9370
                                           Facsimile:    (845) 255-8649
                                           mdunn@getmansweeney.com

                                           **STUEVE SIEGEL HANSON LLP**
                                           */s/ Alexander T. Ricke*
                                           George A. Hanson, *pro hac vice*
                                           Alexander T. Ricke, *pro hac vice*
                                           Caleb J. Wagner, *pro hac vice*
                                           460 Nichols Road, Suite 200
                                           Kansas City, Missouri 64112
                                           Telephone:    (816) 714-7100
                                           Facsimile:    (816) 714-7101
                                           hanson@stuevesiegel.com
                                           ricke@stuevesiegel.com
                                           wagner@stuevesiegel.com

**McCLELLAND LAW FIRM**
*A Professional Corporation*
Ryan L. McClelland, *pro hac vice*
Michael J. Rahmberg, *pro hac vice*
The Flagship Building
200 Westwoods Drive
Liberty, Missouri   64068-1170
Telephone:     (816) 781-0002
Facsimile:     (816) 781-1984
ryan@mcclellandlawfirm.com
mrahmberg@mcclellandlawfirm.com

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on August 24, 2022, which will effectuate service on all counsel of record.

*/s/ Alexander T. Ricke*
Counsel for Plaintiff