UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENDRA BROWN, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    -against-<br><br>RUSH STREET GAMING, LLC; CAPITAL REGION GAMING, LLC d/b/a RIVERS CASINO & RESORT SCHENECTADY,<br><br>        Defendants. | Case No. 1:22-cv-00392-DNH-DJS |

## PLAINTIFF'S NOTICE OF FILING
## FULLY EXECUTED SETTLEMENT AGREEMENT

On August 24, 2022, Plaintiff Brown filed her Unopposed Motion to Direct Class Notice and Grant Preliminary Approval of Class Action Settlement (ECF No. 32) in compliance with the Court's deadline to do so (ECF No. 31). In that filing, Plaintiff informed the Court that the parties had agreed on the final written Settlement Agreement, that Plaintiff Brown had executed the Settlement Agreement, and that Defendants Rush Street Gaming, LLC and Capital Region Gaming, LLC had not yet executed the Settlement Agreement but were collecting the necessary signatures. ECF No. 32 at n.1. Plaintiff Brown now attaches the fully executed Settlement Agreement as **Exhibit 1**.

Dated:  September 1, 2022                    Respectfully submitted,

                **GETMAN, SWEENEY & DUNN PLLC**
                Matt Dunn, Bar Roll No. 513505
                260 Fair Street
                Kingston, NY 12401
                Telephone:     (845) 255-9370
                Facsimile:      (845) 255-8649
                mdunn@getmansweeney.com

                **STUEVE SIEGEL HANSON LLP**
                */s/ Alexander T. Ricke*
                George A. Hanson, *pro hac vice*
                Alexander T. Ricke, *pro hac vice*
                Caleb J. Wagner, *pro hac vice*
                460 Nichols Road, Suite 200
                Kansas City, Missouri 64112
                Telephone:     (816) 714-7100
                Facsimile:      (816) 714-7101
                hanson@stuevesiegel.com
                ricke@stuevesiegel.com
                wagner@stuevesiegel.com

                **McCLELLAND LAW FIRM**
                *A Professional Corporation*
                Ryan L. McClelland, *pro hac vice*
                Michael J. Rahmberg, *pro hac vice*
                The Flagship Building
                200 Westwoods Drive
                Liberty, Missouri   64068-1170
                Telephone:     (816) 781-0002
                Facsimile:      (816) 781-1984
                ryan@mcclellandlawfirm.com
                mrahmberg@mcclellandlawfirm.com

                **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

   Undersigned counsel hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on September 1, 2022, which will effectuate service on all counsel of record.

                */s/ Alexander T. Ricke*
                Counsel for Plaintiff